UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **EDUARD BUSE #10183-506** | **CASE NO. 2:25-CV-00909 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **FEDERAL BUREAU OF PRISONS** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Upon consideration of the Report and Recommendation [doc. 4] filed by the Magistrate Judge, noting the lack of objections thereto, and after a de novo review of the record and applicable law, the undersigned hereby **ORDERS, ADJUDGES,** and **DECREES** that the Report and Recommendation [doc. 7] be **ADOPTED** and that the petition be **DENIED** and **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

**THUS DONE AND SIGNED** in Chambers on the 9th day of October, 2025.

*[signature]*
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**